IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 12-cv-02984-RPM

REBECCA TOAL,

    Plaintiff,

v.

EMAILVISION, INC., a Delaware corporation,

    Defendant.

_____

## ORDER DISMISSING CLAIM OF OUTRAGEOUS CONDUCT
_____

On January 16, 2013, the defendant filed a motion to dismiss plaintiff's claim of outrageous conduct, the second claim for relief in the complaint filed November 13, 2012. On February 6, 2013, the plaintiff filed a first amended complaint and again included outrageous conduct as a tort claim in the second claim for relief. The defendant again filed a motion to dismiss that claim on February 21, 2013, because of insufficiency of allegations of fact. The allegations in the original and first amended complaint are insufficient to allege a claim for the tort of outrageous conduct under Colorado law and it is therefore

ORDERED that the second claim for relief in the original complaint and amended compliant is dismissed pursuant to Fed.R.Civ.P. 12(b)(6).

DATED: February 22, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge