IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 12-cv-02984-RPM

REBECCA TOAL,

      Plaintiff,

v.

EMAILVISION, INC., a Delaware corporation,

      Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/ V. Wentz
  Secretary

      Pursuant to the Joint Motion to Vacate Scheduling Conference [12], the May 15, 2013, scheduling conference and the May 9, 2013, deadline for submitting a proposed scheduling order are vacated.  Counsel shall submit a stipulation for dismissal on or before June 10, 2013.

DATED: May 10, 2013